UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>ALDRICH PUMP LLC, et al.,<br><br>                              Debtor. | Chapter 11<br>Underlying Case No.: 20-30608 (JCW)<br>(United States Bankruptcy Court for the Western District of North Carolina) |
| AC&S ASBESTOS SETTLEMENT TRUST, COMBUSTION ENGINEERING 524(G) ASBESTOS PI TRUST, GI HOLDINGS INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST, GST SETTLEMENT FACILITY, KAISER ALUMINUM & CHEMICAL CORPORATION ASBESTOS PERSONAL INJURY TRUST, QUIGLEY COMPANY, INC. ASBESTOS PI TRUST, T H AGRICULTURE & NUTRITION, L.L.C. ASBESTOS PERSONAL TRUST, and YARWAY ASBESTOS PERSONAL INJURY TRUST,<br><br>                              Petitioners,<br><br>v.<br><br>ALDRICH PUMP LLC and MURRAY BOILER LLC,<br><br>                              Respondents,<br><br>VERUS CLAIMS SERVICES, LLC,<br><br>                              Interested Party. | Case No.:  22-05116 (MAS-TJB)<br><br>Honorable Michael A. Shipp |

**CONSENT ORDER REGARDING BRIEFING SCHEDULE
OF MOTIONS TO QUASH AND MOTION TO TRANSFER**

WHEREAS, on July 5, 2022, Aldrich Pump LLC and Murray Boiler LLC (together, "Respondents") served subpoenas to produce documents on each of the Trusts[1] and Verus Claims Services, LLC ("Interested Party");

WHEREAS, on August 19, 2022, the Trusts initiated this action by filing a motion to quash subpoenas and stay [Dkt. No. 1] ("Trusts' Motion to Quash");

WHEREAS, on August 19, 2022, the Interested Party filed a motion to quash subpoena and stay [Dkt. No. 5] (the "Interested Party's Motion to Quash" and together with the Trusts' Motion to Quash, the "Motions to Quash");

WHEREAS, on August 25, 2022, by letter to Judge Bongiovanni, the Trusts withdrew the portion of the Trusts' Motion to Quash requesting a stay [Dkt. No. 9];

WHEREAS, on August 26, 2022, by letter to Judge Bongiovanni, the Interested Party withdrew the portion of the Interested Party's Motion to Quash requesting a stay [Dkt. No. 10];

WHEREAS, the current deadline for Respondents to file an opposition to the Motions to Quash is September 6, 2022;

WHEREAS, the current return date for the Motions to Quash is September 19, 2022;

---

[1] The "Trusts" are, collectively, AC&S Asbestos Trust, Combustion Engineering 524(g) Asbestos PI Trust, G-I Holdings Inc. Asbestos Personal Injury Settlement Trust, GST Settlement Facility, Kaiser Aluminum & Chemical Corp. Asbestos Personal Injury Trust, Quigley Asbestos Trust, THAN Asbestos Personal Injury Trust, and Yarway Asbestos Personal Injury Trust.

WHEREAS, Respondents having provided advanced notice to the Trusts and Interested Party of their intention to file a motion to transfer the Motions to Quash to the U.S. Bankruptcy Court for the Western District of North Carolina (the "Motion to Transfer");

WHEREAS, counsel for the Respondents, Trusts, and Interested Party having conferred regarding the briefing schedule of the Motions to Quash and Motion to Transfer; and

NOW, THEREFORE, with the consent of the parties and the Court having found that good cause exists for the entry of this Order;

IT IS, on this 6th day of September, 2022, ORDERED, that

1. Respondents must file and serve the Motion to Transfer no later than September 9, 2022.

2. All oppositions related to the Motions to Quash must be filed and served no later than September 26, 2022.

3. All oppositions related to the Motion to Transfer must be filed and served no later than October 3, 2022.

4. All responses related to the Motions to Quash and Motion to Transfer must be filed and served no later than October 11, 2022.

5. The return date for the Motions to Quash is adjourned to November 7, 2022, and the Motion to Transfer, when filed, will be returnable on the same date.

6.  Nothing herein shall prejudice any party from seeking further extensions or relief as to the briefing schedule for good cause.

7.  A copy of this Consent Order shall be served on the parties of record via the Court's CM/ECF system.

s/Tonianne J. Bongiovanni<br>
Hon. Tonianne J. Bongiovanni<br>
United States Magistrate Judge

The parties hereby consent to the form and entry of the within Order:

Dated:      Bedminster, New Jersey
September 2, 2022

| | |
|---|---|
| **WOLLMUTH MAHER & DEUTSCH LLP** | **LOWENSTEIN SANDLER LLP** |
| By:   */s/ Paul R. DeFilippo* | By:   */s/ Lynda A. Bennett* |
| Paul R. DeFilippo<br>Joseph F. Pacelli<br>90 Washington Valley Road<br>Bedminster, NJ 07921<br>Telephone: (973) 733-9200<br>pdefilippo@wmd-law.com<br>jpacelli@wmd-law.com | Lynda A. Bennett<br>Michael A. Kaplan<br>Rachel M. Dikovics<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>lbennett@lowenstein.com<br>mkaplan@lowenstein.com<br>rdikovics@lowenstein.com |
| JONES DAY<br>Brad B. Erens<br>Morgan R. Hirst<br>Caitlin K. Cahow<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>bberens@jonesday.com<br>mhirst@jonesday.com<br>ccahow@jonesday.com | *Attorneys for the Trusts* |
| | **ANSELMI & CARVELLI, LLP** |
| | By:   */s/ Andrew E. Anselmi* |
| EVERT WEATHERSBY HOUFF<br>C. Michael Evert, Jr.<br>3455 Peachtree Road NE, Suite 1550<br>Atlanta, GA 30326<br>(678) 651-1200<br>CMEvert@ewhlaw.com | Andrew E. Anselmi<br>210 Park Avenue, Suite 301<br>Florham Park, New Jersey 07932<br>Telephone: (973) 635-6300<br>AAnselmi@acllp.com |
| (Applications *pro hac vice* forthcoming) | *Attorneys for Verus Claim Services, LLC* |
| *Attorneys for Aldrich Pump LLC and Murray Boiler LLC* | |